

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-96,045-01

### EX PARTE DANNY ABRAHAM SALAS, JR., Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 84046-01-D-WR IN THE 320TH DISTRICT COURT POTTER COUNTY

*Per curiam*.  YEARY, J., filed a concurring opinion.  FINLEY, J., filed a dissenting opinion in which SCHENCK, P.J., and PARKER, J., joined.

## O P I N I O N

Applicant pleaded guilty to possession of a controlled substance, one gram or more but less than four grams, and was sentenced to three years' imprisonment.  Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court.  *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary, and his sentence is illegal, because the quantity of controlled substance for which he was indicted and pleaded guilty was higher than the quantity actually in his possession.  Based on the record, the trial court has determined that Applicant's plea was involuntary because of the discrepancy in the amount of the controlled

substance.

We agree. Relief is granted. *Brady v. United States*, 397 U.S. 742 (1970). The judgment in cause number 084046-D-CR in the 320th District Court of Potter County is set aside, and Applicant is remanded to the custody of the Sheriff of Potter County to answer the charges as set out in the indictment. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: May 7, 2025
Do not publish